THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: August 10, 2017

Brett H. Ludwig
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

---

In re:   LARRY HOPSON                              CHAPTER 13

                                                   Case No. 17-27269-BHL

Soc. Sec. No.    xxx-xx-2691

---

### ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR

---

To LARRY HOPSON the above named debtor(s):

IT IS ORDERED THAT:

1.  You shall pay the sum of **$11,300.00 Monthly** to the Chapter 13 Trustee within 30 days after you file your case (NOT 30 days after you receive this notice).

2.  Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee.  INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE.  **PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE**
**P.O. BOX 730**
**MEMPHIS, TN 38101-0730**

3.  This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
LARRY HOPSON
1606 WEST WALNUT STREET
MILWAUKEE, WI  53205

**Debtor(s) Attorney:**
STROUSE LAW OFFICES
413 NORTH 2ND STREET
SUITE 150
MILWAUKEEWI 53203-


Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344


Trustee Issued Date:  August 10, 2017

#####